Case 2:12-cv-00616-TOR   Document 25   Filed 05/08/13

1
2
3
4
5               UNITED STATES DISTRICT COURT
6               EASTERN DISTRICT OF WASHINGTON

7  DAVID FROST,
                                    NO: 12-CV-0616-TOR
8                  Plaintiff,
                                    ORDER OF DISMISSAL WITH
9     v.                            PREJUDICE

10 ASSOCIATED CREDIT SERVICE,
   INC., et al.,
11
                   Defendants.
12

13    BEFORE THE COURT is the parties' Stipulated Notice of Voluntary

14 Dismissal (ECF No. 24).  Pursuant to the parties' stipulation, the Court will

15 dismiss this case with prejudice and without costs or attorney's fees to any party.

16 Fed. R. Civ. P. 41(a)(1)(A)(ii).

17 //

18 //

19 //

20 //


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulated Notice of Voluntary Dismissal (ECF No. 24), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 8, 2013.



*/s/ Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2